Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18–14588–JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Osman S Ali
   40 Tanglewood Drive
   Summit, NJ 07901–0000

Social Security No.:
   xxx–xx–3615

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Osman Ali the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 08/27/2018.

MTGLQ
Rushmore Loan Management

Dated: August 28, 2018
JAN: dlr

                                             Jeanne Naughton
                                             Clerk