Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

OSMAN S ALI,

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  18-14588 JKS

**NOTICE OF RESERVE ON CLAIM**

Creditor:  MTGLQ INVESTORS LP
Trustee Claim #:  1
Claimed Amount:  $230,000.00
Date Claim Filed:  08/27/2018

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Transfer of Claim, Doc 41, filed on 12/11/18, was filed with the payment address with two different cities and states. Creditor needs to refile a transfer with correct address for payment. No change made to claim.

Unless we receive the information needed or the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  December 13, 2018

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

OSMAN S ALI
40 TANGLEWOOD DRIVE
SUMMIT, NJ    07901

BRUCE J. DUKE, LLC
648 TABERNACLE ROAD
P.O. BOX 1418
MEDFORD, NJ    08055

MTGLQ INVESTORS LP
RUSHMORE LOAN MANAGEMENT SERVICES LLC
15480 LAGUNA CANYON RD STE 100
IRVINE, CA    92618

US BANK TRUST NATIONAL ASSOCIATION
C/O SN SERVICING CORP
323 5TH ST
EUREKA, CA  954501