BRUCE J. DUKE, LLC
648 TABERNACLE ROAD
P.O. BOX 1418
MEDFORD, NJ  08055

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
### Chapter 13 Case # 18-14588

Re:  OSMAN S ALI  
    40 TANGLEWOOD DRIVE  
    SUMMIT, NJ  07901

Atty:  BRUCE J. DUKE, LLC  
    648 TABERNACLE ROAD  
    P.O. BOX 1418  
    MEDFORD, NJ  08055

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/16/2018 | $4,000.00 | 534776793 | 06/04/2018 | $4,000.00 | 534777208 |
| 07/03/2018 | $4,000.00 | 1475206851 | 08/03/2018 | $4,000.00 | 1475207029 |
| 09/10/2018 | $4,000.00 | 536683116 | 10/01/2018 | $4,000.00 | 536683691 |
| 10/25/2018 | $4,000.00 | 536684343 | 11/28/2018 | $4,000.00 | 537682588 |

**Total Receipts: $32,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $32,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| RUSHMORE LOAN MGMT SERVICES | | | | | | |
| | 09/17/2018 | $13,232.00 | 810,441 | 10/22/2018 | $7,652.00 | 812,397 |
| | 11/19/2018 | $3,772.00 | 814,308 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,800.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | US BANK TRUST NATIONAL ASSOC | MORTGAGE ARRE | 230,000.00 | 100.00% | 28,428.00 | 201,572.00 |

**Total Paid: $32,228.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $32,000.00   -   Paid to Claims: $28,428.00   -   Admin Costs Paid: $3,800.00   =   Funds on Hand: $3,772.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.