UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

BRUCE J. DUKE, LLC
By: Bruce J. Duke, Esq. (BD0077)
Tabernacle Legal Group
648 Tabernacle Road, P.O. Box 1418
Medford, NJ 08055
(856) 701-0555
brucedukeesq@gmail.com

In Re:

OSMAN ALI

Order Filed on April 24, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:     18-14588 (JKS)

Chapter:     13

Judge:     John K. Sherwood

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 24, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___January 16, 2019___ :

Property:    40 Tanglewood Drive, Summit, NJ 07901

Creditor:    U.S. Bank Trust National Association

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___June 16, 2019___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2