**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

OSMAN S ALI

**Case No.:  18-14588**

**Adv. No.:**

**Hearing Date:**

**Judge:  JKS**

## CERTIFICATION OF SERVICE

1.  I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2.  On, 07/09/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

### Certification of Default

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
OSMAN S ALI
40 TANGLEWOOD DRIVE
SUMMIT, NJ  07901
Mode of Service:  Regular Mail

Attorney for Debtor(s):
BRUCE J. DUKE, LLC
648 TABERNACLE ROAD
P.O. BOX 1418
MEDFORD, NJ  08055
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  July 09, 2019

By:   /S/  Jackie Michaels
Jackie Michaels