```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
```

In Re:

Case No.: _____

Judge: _____

Chapter: _____

## LOSS MITIGATION FINAL REPORT

This Loss Mitigation Final Report is submitted on behalf of the debtor and in cooperation with the creditor named below, and outlines the outcome of the Loss Mitigation process with regard to the following property.

### PART I    GENERAL INFORMATION

a.    Full description of property:

b.    Name creditor:                                   Name of creditor's attorney:

### PART II    OUTCOME

The following is the result of the Loss Mitigation process entered into pursuant to the Court's Order, dated _____,

- ❑ Loan Modification
- ❑ Stay Relief
- ❑ Deed in Lieu of Foreclosure
- ❑ Sale of the property
- ❑ Stipulation
- ❑ Addressed through Chapter 13 Plan
- ❑ Withdrawn
- ❑ Other:

*new. May 30, 2012*