# BRUCE J. DUKE

## A LIMITED LIABILITY COMPANY

ATTORNEY AND COUNSELOR AT LAW
TABERNACLE LEGAL GROUP
P.O. BOX 1418
648 TABERNACLE ROAD
MEDFORD, NJ 08055
TELEPHONE: (856) 701-0555
FACSIMILE: (856) 282-1079
BRUCEDUKEESQ@GMAIL.COM

August 14, 2019

<u>Via ECF</u>
Jonathan Schwalbe, Esq.
Friedman Vartolo
85 Broad Street, Suite 501
New York, NY 10004

Re: <u>Osman Ali, Case No. 18-14588</u>

Dear Mr. Schwalbe:

This will confirm that considering the Debtor's payment of all post-petition arrears, you have advised that you will withdraw the motion for relief from automatic stay, which currently is scheduled for August 22, 2019. You further advised that you will be attending court that day to notify Judge Sherwood of this withdrawal, rather than filing it on the docket. I will not be in attendance but wanted to write to confirm this on the record so that there is no confusion or errors.

If the above does not accord with your understanding of the resolution of this motion please let me know immediately. Otherwise, we look forward to seeing the withdrawal of your motion on the ECF system on August 22.

Thank you for your attention to this matter.

Very truly yours,

Bruce J. Duke

BJD/klh
cc:   Osman Ali

{00011185-1}