| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284 <br> Marie-Ann Greenberg, Standing Trustee <br> 30 TWO BRIDGES ROAD <br> SUITE 330 <br> FAIRFIELD, NJ  07004-1550 <br> 973-227-2840 <br> Chapter 13 Standing Trustee |
| IN RE: <br><br>    OSMAN S ALI |

Order Filed on August 27, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-14588 JKS

Hearing Date:  8/22/2019

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 27, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): OSMAN S ALI

Case No.: 18-14588

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 08/22/2019 on notice to BRUCE J. DUKE, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan to remove loan modification by 8/29/2019 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.