Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–14588–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Osman S Ali
    40 Tanglewood Drive
    Summit, NJ 07901–0000

Social Security No.:
    xxx–xx–3615

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 21, 2018.

On 8/29/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                September 27, 2019
Time:                08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,**
     **the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 29, 2019
JAN: sjp

                                Jeanne Naughton
                                Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                     Case No. 18-14588-JKS
Osman S Ali                                                Chapter 13
            Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Aug 29, 2019
                              Form ID: 185         Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
```
db          +Osman S Ali,    40 Tanglewood Drive,    Summit, NJ 07901-3140
lm          +Rushmore Loan Management Services LLC,    15480 Laguna Canyon Rd,    Suite 100,
             Irvine, CA 92618-2132
cr          +SN Servicing Corporation,    FRIEDMAN VARTOLO, LLP,    1325 Franklin Avenue, Suite 230,
             Garden City, NY 11530-1631
517377229   +Rushmore Loan Mgmt Services,    15480 Laguna Canyon Road,    Irvine, CA 92618-2132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2019 00:21:47    U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2019 00:21:44    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517917266   +E-mail/Text: bknotices@snsc.com Aug 30 2019 00:22:21
             U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
             Eureka, CA 95501-0305
517917267   +E-mail/Text: bknotices@snsc.com Aug 30 2019 00:22:21
             U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
             Eureka, CA 95501,    U.S. Bank Trust National Association, as,
             C/O SN Servicing Corp. 95501-0305
                                                                           TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517922534*  +U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
             Eureka, CA 95501-0305
517922535*  +U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
             Eureka, CA 95501,    U.S. Bank Trust National Association, as,
             C/O SN Servicing Corp. 95501-0305
                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
```
            Bruce J. Duke    on behalf of Debtor Osman S Ali brucedukeesq@gmail.com,
             5720202420@filings.docketbird.com
            Denise E. Carlon    on behalf of Creditor    MTGLQ dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
             bankruptcy@friedmanvartolo.com
            Kevin Gordon McDonald    on behalf of Creditor    MTGLQ kmcdonald@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 6
```