Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorneys for SN Servicing Corporation as Servicer for
U.S. Bank Trust National Association, as Trustee of the
Lodge Series III Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
:
:  CASE NO.: 18-14588
IN RE:          :
:  CHAPTER: 13
Osman S Ali       :
:  HON. JUDGE.:
Debtors         :  John K. Sherwood
:
:  HEARING DATE:
:  September 27, 2019 at 8:30am
:
:
-----------------------------------------------------------------X

**NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN**

**PLEASE TAKE NOTICE** that SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust ("Secured Creditor"), the holder of a mortgage on real property of the debtor(s), located at 40 Tanglewood Drive, Summit, NJ 07901, by and through its undersigned attorneys, hereby objects to the confirmation of the Modified Chapter 13 Plan on grounds including:

1. Debtor(s) plan fails to provide for the treatment of arrears of Secured Creditor. The objecting creditor is due arrears of approximately $548,067.99 which is will be fully set forth in an amended Proof of Claim.

2. Debtor(s) seeks to modify the rights of Secured Creditor, which is the holder of a claim secured only by a security interest in real property that is the principal residence of the debtor(s).

3. Debtor's proposed plan cannot be confirmed as presently constructed, as Secured Creditor will be filing an objection to claim 1-1 and will be requesting permission to file an amended Proof of Claim based on the actual arrears' figures provided by the Secured Creditor. Claim 1-1 was filed by the Debtor and incorrectly provides for an estimation of the claim and arrears owed to Secured Creditor. Secured Creditor respectfully objects to any order confirming the plan with the arrears listed in the modified plan and objects to any confirming order unless the arrears are based off of the amended Proof of Claim to be filed by Secured Creditor.

4. Debtor(s) proposed plan fails to comply with the requirements of the Bankruptcy Code and is not proposed in good faith.

5. Debtor(s) proposed plan does not provide that Secured Creditor retain its lien.

6. Debtor(s) proposed plan is not feasible.

7. Debtor(s) proposed plan fails to comply with other applicable provisions of Title 11.

8. Furthermore, Secured Creditor objects to Debtor's confirmation in that if the Debtor is post-petition delinquent with the Trustee at the time of confirmation and Debtors' case is dismissed, then any excess funds that the Chapter 13 Trustee is holding should be released to the Secured Creditor. Absent the release of any excess funds in the possession of the Trustee, Secured Creditor is substantially harmed as the Debtor would have enjoyed the benefit of the automatic stay to the detriment of Secured Creditor. Absent such language in the Order of Confirmation, confirmation of Debtor's plan must be denied.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C § 1325(a)(4) and 1325(b), et seq. unless the plan provides for full payment of the claim.

FRIEDMAN VARTOLO LLP
85 Broad Street Suite 501
New York, New York 10004
Attorneys for Secured Creditor,

By: /s/ Jonathan Schwalb
Jonathan Schwalb, Esq.

Date: September 17, 2019

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>P: (212) 471-5100<br>Attorneys for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust | Case No.:  18-14588<br><br>Chapter:  13 |
| In Re:<br>Osman S Ali | Adv. No.:<br><br>Hearing Date: September 27, 2019 at 8:30 AM<br><br>Hon. Judge: John K. Sherwood |

## CERTIFICATION OF SERVICE

1. I, _Theodore Weber_ :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for _Jonathan Schwalb, Esq._, who represents _SN Servicing Corporation_ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _September 17, 2019_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Motion for Relief from Automatic Stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  September 17, 2019         /s/ Theodore Weber
                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Osman S Ali<br>40 Tanglewood Drive<br>Summit, NJ 07901-0000 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Bruce J. Duke<br>Bruce J. Duke, LLC<br>Tabernacle Legal Group<br>P.O. Box 1418<br>648 Tabernacle Road<br>Medford, NJ 08055 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |